**[J-23AB-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| SNYDER BROTHERS, INC., | : | No. 47 WAP 2017 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court entered March |
| | : | 29, 2017 at No. 1043 CD 2015, |
| v. | : | reversing the Order of the Public Utility |
| | : | Commission entered June 11, 2015 at |
| | : | No. C-2014-2402746 |
| PENNSYLVANIA PUBLIC UTILITY | : | |
| COMMISSION, | : | ARGUED: April 11, 2018 |
| | : | |
| Appellant | : | |
| | | |
| PENNSYLVANIA INDEPENDENT OIL & | : | No. 48 WAP 2017 |
| GAS ASSOCIATION, | : | |
| | : | Appeal from the Order of the |
| Appellee | : | Commonwealth Court entered March |
| | : | 29, 2017 at No. 1175 CD 2015, |
| | : | reversing the Order of the Public Utility |
| v. | : | Commission entered June 11, 2015 at |
| | : | No. C-2014-2402746 |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY | : | ARGUED: April 11, 2018 |
| COMMISSION, | : | |
| | : | |
| Appellant | : | |

**ORDER**

**PER CURIAM**

　　**AND NOW,** this 7th day of March, 2019, the Application for Reconsideration of Appellee, the Pennsylvania Independent Oil and Gas Association, is hereby **DENIED**. Further, the Application for Reconsideration of Appellee Snyder Brothers, Inc. is hereby **GRANTED**, and our opinion and order of December 28, 2018 is **AMENDED** such that this

matter is **REMANDED** to the Commonwealth Court to address Snyder Brothers, Inc.'s outstanding appellate issues before that court.